# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2015

150902 & (14)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JOSEPH WALTER PEACOCK,
   Defendant-Appellant.

SC: 150902
COA: 324072
Wayne CC: 05-002666-FC

_____/

   On order of the Court, the application for leave to appeal the December 4, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



Clerk

p1116